1  **WO**

FILED ____ LODGED
RECEIVED ____ COPY

AUG 2 7 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF ARIZONA

8

9  United States of America,          )    CR 03-843-1-PCT-EHC

10              Plaintiff,             )
                                       )
11  vs.                                )
                                       )
12  Michael Baha,                      )    **ORDER**
                                       )
13              Defendant.             )
                                       )
14  _____  )

15

16      A detention hearing and a preliminary revocation hearing on the Petition on

17  Supervised Release were held on August 21, 2007.

18      **THE COURT FINDS** that the Defendant has knowingly, intelligently, and

19  voluntarily waived his right to a detention hearing and a preliminary revocation hearing and

20  has consented to the issue of detention being made based upon the allegations in the Petition.

21      **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

22  of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

23  he is not a flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

24      **IT IS ORDERED** that the Defendant shall be detained pending further order of the

25  court.

26      DATED this 27th day of August, 2007.

27                                       Lawrence O. Anderson
28                                    United States Magistrate Judge